PACIFIC SOUTHWEST TRUST AND SAVINGS BANK v. MARK HYMAN.— Motion granted, with ten dollars costs, unless appellant procure the record on appeal to be served and filed on or before the 15th day of June, 1927.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Accounting, etc., in the Estate of JANE M. BOUDINOT, Deceased.— Motion granted.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BASIL ANDREACCHI.— Preference granted for June 14, 1927.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE SANTINI.— Preference granted for June 14, 1927.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES RIZZO, Impleaded, etc.— Preference granted for June 14, 1927.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

In the Matter of THE CITY OF NEW YORK (Widening of Fourth Avenue).— Preference granted for June 10, 1927.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

PACIFIC SOUTHWEST TRUST AND SAVINGS BANK v. MARK HYMAN.— Motion granted on condition that appellant procure the record on appeal to be served and filed on or before the 15th day of June, 1927.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

JACOB FALKENBERG, as Administrator, etc., of EMMA FALKENBERG, Deceased, v. THE CITY OF NEW YORK.— Preference granted for June 10, 1927.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

MARY E. BLACK, as Administratrix, etc., of MICHAEL J. LAFFEY, Deceased, v. GREENWICH BANK.— Preference granted for June 15, 1927.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

In the Matter of MARY CAROLINE IRELAND, Deceased.— Preference granted for June 15, 1927.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS H. HAYES, Respondent, v. GEORGE V. MCLAUGHLIN, as Police Commissioner of the City of New York, Defendant, Impleaded with THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order affirmed.   No opinion.   Present — Dowling, P. J., Finch, Martin and O'Malley, JJ.; Martin, J., dissents.

JENNIE KRAUSSMAN, Respondent, v. HAROLD W. KRAUSSMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

VICTOR GALAUP, INC., Appellant, v. THE STONE BROS., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements.   The date for the examination to proceed to be fixed in the order.   No opinion.   Settle order on notice.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ALT WOOLEN COMPANY, INC., Respondent, v. OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer. JJ.